**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Donald WARDRICK, Defendant– Appellant.**

**No. 01–7543.**

United States Court of Appeals, Fourth Circuit.

Submitted March 21, 2002.

Decided March 27, 2002.

Joseph Lawrence Gibson, Jr., Riverdale, Maryland; Leonard L. Long, Jr., Washington, D.C., for Appellant. David Ira Salem, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Donald Wardrick seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Wardrick,* Nos. CR–95–294; CA–99–3381–PJM (D. Md. filed Aug. 1, 2001 & entered Aug. 3, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*